FILED
CLERK, U.S. DISTRICT COURT

FEB 18 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>Aaliyah Shawnrh Simelton<br><br>    Defendant. | Case No.: 5 MJ 00056<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation
    (X)  information in the violation petition and report(s)
    ( )  the defendant's nonobjection to detention at this time
    ( )  other: _____

1

1  and/ or
2  B. (X)  The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18 U.S.C.
5  § 3142(b) or (c).  This finding is based on the following:
6  (X)  information in the Pretrial Services Report and Recommendation
7  (X)  information in the violation petition and report(s)
8  ( )  the defendant's nonobjection to detention at this time
9  ( )  other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated: February 18, 2014                    _____
                                                 SHERI PYM
15                                               United States Magistrate Judge